UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MITCHELL; BRIAN SPURLOCK,

                Plaintiffs,

            v.

GANNETT CO., INC., et al.,

                Defendants.

No. 24-CV-284 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that Plaintiffs have reached a settlement in principle with Defendants Southern Community Newspapers, Inc., Times-Journal, Inc., and Upland Software, Inc. Accordingly, it is hereby:

ORDERED that Plaintiffs' claims against Defendants Southern Community Newspapers, Inc., Times-Journal, Inc., and Upland Software, Inc. are discontinued, without costs to any party and without prejudice to restoring their claims to this Court's docket if the application to restore these claims is made within thirty (30) days. Any application to reopen these claims must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If these parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

The Clerk of Court is respectfully directed to terminate Defendants Southern Community Newspapers, Inc., Times-Journal, Inc., and Upland Software, Inc. as parties in this action.

SO ORDERED.

Dated:    August 9, 2024
             New York, New York

                                                                          _____
                                                                     Ronnie Abrams
                                                                     United States District Judge