UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MITCHELL; BRIAN SPURLOCK,

                Plaintiffs,

       v.

GANNETT CO., INC., et al.,

                Defendants.

No. 24-CV-284 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that Plaintiffs have reached a settlement in principle with Defendants Gannett Co., Inc.; GateHouse Media Pennsylvania Holdings, Inc.; GateHouse Media Indiana Holdings, Inc.; and CA Florida Holdings, LLC. Accordingly, it is hereby:

    ORDERED that Plaintiffs' claims against these Defendants are discontinued, without costs to any party and without prejudice to restoring their claims to this Court's docket if the application to restore these claims is made within thirty (30) days. Any application to reopen these claims must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If these parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

Because Defendants Gannett Co., Inc.; GateHouse Media Pennsylvania Holdings, Inc.; GateHouse Media Indiana Holdings, Inc.; and CA Florida Holdings, LLC are the only remaining Defendants in this action, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    October 1, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge